AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| COBBLESTONE WIRELESS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00454 |
| CISCO SYSTEMS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC                                                                                      .

Date:   10/09/2023                                              /s/ Neil A. Rubin
                                                                *Attorney's signature*

                                                              Neil A. Rubin SBN 250761
                                                              *Printed name and bar number*

                                                              RUSS, AUGUST & KABAT
                                                              12424 Wilshire Blvd, 12th Floor
                                                              Los Angeles, CA 90025

                                                              *Address*

                                                              nrubin@raklaw.com
                                                              *E-mail address*

                                                              (310) 826-7474
                                                              *Telephone number*

                                                              (310) 826-6991
                                                              *FAX number*

Print      Save As...                                                    Reset