# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>        Defendant. | Case No. 2:23-cv-00454-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Matthew S. Yungwirth of the law firm of Duane Morris LLP, admitted to practice in this Court, enters his appearance as lead counsel of record for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC (Member Case No. 2:23-cv-00457), and as counsel of record for Defendant Cisco Systems, Inc. Mr. Yungwirth will accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on their behalf at his contact information below.

Dated: November 14, 2023

**DUANE MORRIS LLP**

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
msyungwirth@duanemorris.com
1075 Peachtree Street NE, Suite 1700
Atlanta, GA  30309
Telephone: 404.253.6900
Facsimile:  404.253.6901

*Counsel for Defendants*
*Cisco Systems, Inc., Hewlett Packard*
*Enterprise Company and Aruba Networks,*
*LLC*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on November 14, 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
