## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | |
| *Plaintiff,* | Case No. 2:23-cv-00454 (LEAD CASE) |
| v. | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC. | |
| *Defendants.* | |
| COBBLESTONE WIRELESS, LLC | |
| *Plaintiff,* | Case No. 2:23-cv-00457-JRG-RSP (Member Case) |
| v. | **JURY TRIAL DEMANDED** |
| HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC | |
| *Defendants.* | |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS

Pending before the Court is Cobblestone Wireless, LLC ("Cobblestone") Unopposed

Motion for Extension of Time to Serve Infringement and Invalidity Contentions. The Court, having

considered the unopposed motion, and for good cause shown, finds that the motion should be

**GRANTED.**

**IT IS HEREBY ORDERED** that the deadlines are extended for Cobblestone to comply

with P.R. 3-1 & 3-2 and serve contentions to Hewlett Packard Enterprise Company and Aruba

1

Networks, LLC  to December 4, 2023 and the deadline for Hewlett Packard Enterprise Company

and Aruba Networks, LLC  to comply with P.R. 3-3 & 3-4 to February 12, 2024.

All other deadlines shall remain in place absent further Order of the Court.