# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | |
| *Plaintiff,* | Case No. 2:23-cv-00454 |
| | (LEAD CASE) |
| v. | |
| | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC. | |
| *Defendants.* | |
| COBBLESTONE WIRELESS, LLC | |
| | Case No. 2:23-cv-00457 |
| *Plaintiff,* | (MEMBER CASE) |
| | **JURY TRIAL DEMANDED** |
| v. | |
| HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS

Pending before the Court is Cobblestone Wireless, LLC ("Cobblestone") Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions. The Court, having considered the unopposed motion, and for good cause shown, finds that the motion should be **GRANTED.**

**IT IS HEREBY ORDERED** that the deadlines are extended for Cobblestone to comply with P.R. 3-1 & 3-2 and serve contentions to Cisco Systems, Inc. to December 4, 2023 and the deadline for Cisco Systems, Inc. to comply with P.R. 3-3 & 3-4 to February 12, 2024.

All other deadlines shall remain in place absent further Order of the Court.