# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Holly Engelmann with the law firm of Duane Morris LLP, admitted to practice in this Court, enters her appearance as counsel of record for Defendant Cisco Systems, Inc. to accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on behalf of Defendant. Ms. Engelmann's contact information is in the signature block below.

Dated:  November 21, 2023

Respectfully submitted,

*/s/ Holly Engelmann*
Holly Engelmann
Texas Bar No. 24040865

**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Hwy, Suite 300
Austin, TX 78746-5435
Telephone: 214.257.7226
Facsimile:  214.292.9454
Email:  HEngelmann@duanemorris.com

**ATTORNEY FOR DEFENDANT
CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Holly Engelmann
Holly Engelmann