### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Jayla C. Grant with the law firm of Duane Morris LLP, admitted to practice in this Court, enters her appearance as counsel of record for Defendant Cisco Systems, Inc. to accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on behalf of Defendant. Ms. Grant's contact information is in the signature block below.

Dated: November 21, 2023

Respectfully submitted,

/s/ Jayla C. Grant
Jayla C. Grant
Georgia Bar No. 312669

**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309-3929
Telephone: 404.253.6932
Facsimile: 404.393.4611
Email: JCGrant@duanemorris.com

**ATTORNEY FOR DEFENDANT
CISCO SYSTEMS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jayla C. Grant*
Jayla C. Grant
