IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-00454-JRG-RSP |
| CISCO SYSTEMS, INC., | § § § | (LEAD CASE) |
| *Defendants*. | § | |

## ORDER

Pending before the Court is Cobblestone Wireless, LLC ("Cobblestone") Unopposed Motions for Extension of Time to Serve Infringement and Invalidity Contentions. (**Dkt. Nos. 19, 20.**) The Court, having considered the unopposed motion, and for good cause shown, finds that the motion should be **GRANTED.**

**IT IS HEREBY ORDERED** that the deadlines are extended for Cobblestone to comply with P.R. 3-1 & 3-2 and serve contentions to Cisco Systems, Inc., Hewlett Packard Enterprise Company, and Aruba Networks, LLC ("Defendants" to December 4, 2023 and the deadline for Defendants to comply with P.R. 3-3 & 3-4 to February 12, 2024.

All other deadlines shall remain in place absent further Order of the Court.

**SIGNED this 21st day of November, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE