# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:23-cv-00454-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Cisco Systems, Inc. ("Cisco"), files this Notice of Appearance, and hereby notifies the Court that Brian Craft, of the law firm Findlay Craft, P.C., 7270 Crosswater Avenue, Suite B, Tyler, Texas 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: bcraft@findlaycraft.com has entered this action as counsel for Cisco.  In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: November 28, 2023

                                                                       Respectfully submitted,

                                                                       By: /s/ *Brian Craft*
                                                                       Brian Craft
                                                                       State Bar No. 04972020
                                                                       Findlay Craft, P.C.
                                                                       7270 Crosswater Avenue
                                                                       Suite B
                                                                       Tyler, TX  75703
                                                                       (903) 534-1100
                                                                       (903) 534-1137 FAX
                                                                       bcraft@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Brian Craft*
Brian Craft