UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>*Defendants.* | Case No. 2:23-cv-00454-JRG-RSP<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC | Case No. 2:23-cv-00457-JRG-RSP<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS**

Pending before the Court is Cobblestone Wireless, LLC ("Cobblestone") Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions. The Court, having considered the unopposed motion, and for good cause shown, finds that the motion should be **GRANTED.**

**IT IS HEREBY ORDERED** that the deadlines are extended for Cobblestone to comply with P.R. 3-1 & 3-2 and serve contentions to Defendants Cisco Systems, Inc., Hewlett Packard

Enterprise Company, and Aruba Networks, LLC (collectively, "Defendants") to December 11, 2023 and the deadline for Defendants to comply with P.R. 3-3 & 3-4 to February 26, 2024.

All other deadlines shall remain in place absent further Order of the Court.