## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, LLC<br><br>Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## **APPEARANCE OF COUNSEL**

Tyler Marandola, with the law firm of Duane Morris LLP, is admitted to practice in this Court and appears in member case 2:23-cv-00457 as counsel of record for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC to accept service of all pleadings, discovery, orders, notices, correspondence, and other material. Mr. Marandola's contact information is in the signature block below.

Dated:  December 6, 2023                    Respectfully submitted,

                                            */s/ Tyler Marandola*
                                            Tyler Marandola
                                            Pennsylvania Bar No. 313585

**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1529
Facsimile:  215.689.1914
Email:  TMarandola@duanemorris.com

**ATTORNEY FOR DEFENDANTS
HEWLETT PACKARD ENTERPRISE
COMPANY AND ARUBA NETWORKS,
LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Tyler Marandola*
Tyler Marandola
