IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case) |

**DEFENDANT CISCO SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that as of this date, Defendant Cisco Systems, Inc. ("Cisco") has no parent company and, to its knowledge, there is no publicly held corporation owning 10% or more of its stock.

Dated: December 8, 2023

Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay
efindlay@findlaycraft.com
State Bar No. 00789886
**FINDLAY CRAFT, P.C.**
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Holly Engelmann
State Bar No. 24040865
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, Texas 78746
Tel: (512) 277-2246
Fax: (512) 597-2301
HEngelmann@duanemorris.com

Louis N. Jameson

GA State Bar No. 003970
Matthew S. Yungwirth
GA State Bar No. 783597
Jayla C. Grant
GA State Bar No. 312669
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901
WJameson@duanemorris.com
msyungwirth@duanemorris.com
JCGrant@duanemorris.com

***ATTORNEY FOR DEFENDANT
CISCO SYSTEMS, INC.***

**CERTIFICATE OF SERVICE**

I certify that on December 8, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Eric H. Findlay*
Eric H. Findlay