# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>       Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>       Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC<br><br>       Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, LLC<br><br>       Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## JURY DEMAND OF DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC

In accordance with Fed. R. Civ. P. 38(b) and Local Rule CV-38(a), Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC respectfully demand a jury trial on all issues so triable.

Dated:  December 8, 2023          Respectfully submitted,

         */s/ Jennifer H. Doan*
         Jennifer H. Doan
         Texas Bar No. 08809050
         Joshua R. Thane
         Texas Bar No. 24060713
         HALTOM & DOAN
         6500 Summerhill Road, Suite 100
         Texarkana, TX 75503
         Tel: (903) 255-1000
         Fax: (900) 255-0800
         Email: jdoan@haltomdoan.com
         Email: jthane@haltomdoan.com

         Matthew S. Yungwirth
         GA State Bar No. 783597
         Louis N. Jameson
         GA State Bar No. 003970
         **DUANE MORRIS LLP**
         1075 Peachtree Street NE, Suite 1700
         Atlanta, GA 30309
         Tel: (404) 253-6915
         Fax: (404) 253-6901
         *WJameson@duanemorris.com*
         *msyungwirth@duanemorris.com*

         Tyler Marandola
         PA State Bar No. 313585
         **DUANE MORRIS LLP**
         30 S. 17th Street
         Philadelphia, PA 19103
         Tel: (215) 979-1000
         Fax: (215) 979-1020
         *tmarandola@duanemorris.com*

         ***ATTORNEY FOR DEFENDANTS***
         ***HEWLETT PACKARD ENTERPRISE***
         ***COMPANY, ARUBA NETWORKS, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on December 8, 2023.

>                             */s/ Jennifer H. Doan*
>                             Jennifer H. Doan