**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, LLC<br><br>Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**HEWLETT PACKARD ENTERPRISE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Hewlett Packard Enterprise Company makes the following disclosure:

Hewlett Packard Enterprise Company ("HPE") is a publicly held corporation. HPE has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

**HPE'S CORPORATE DISCLOSURE STATEMENT – Page 1**

Dated:  December 8, 2023

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel: (903) 255-1000
Fax: (900) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Matthew S. Yungwirth
GA State Bar No. 783597
Louis N. Jameson
GA State Bar No. 003970
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901
*WJameson@duanemorris.com*
*msyungwirth@duanemorris.com*

Tyler Marandola
PA State Bar No. 313585
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000
Fax: (215) 979-1020
*tmarandola@duanemorris.com*

***ATTORNEY FOR DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on December 8, 2023.

*/s/ Jennifer H. Doan*
Jennifer H. Doan