UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> CISCO SYSTEMS, INC. <br><br> *Defendants*. | Case No. 2:23-cv-00454 JRG-RSP <br> **(LEAD CASE)** <br><br><br> **JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC <br><br> *Defendants*. | Case No. 2:23-cv-00457-JRG-RSP <br> (MEMBER CASE) <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED PROTECTIVE ORDER**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone" or "Plaintiff") and Defendants Cisco Systems, Inc., Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants") (collectively, the "Parties") file this Joint Motion for Extension of Time to File Proposed Protective Order.

The current deadline for the Parties to file their proposed protective order is December 26, 2023. The Parties have been diligently preparing these materials and respectfully request a brief extension of time in order to finalize these materials. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

1

Accordingly, the Parties respectfully request that the Court extend the deadline for filing their proposed protective order to January 11, 2024.

| | |
|---|---|
| Dated: December 22, 2023 | Respectfully submitted, |

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Amy E. Hayden
CA State Bar No. 287026
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rmirzaie@raklaw.com
mfenster@raklaw.com
nrubin@raklaw.com
cconkle@raklaw.com
ahayden@raklaw.com
jma@raklaw.com
jbuczko@raklaw.com
ptong@raklaw.com
maichele@raklaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Holly Engelmann*
Eric H. Findlay
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (900) 534-1137
efindlay@findlaycraft.com

Holly Engelmann
State Bar No. 24040865
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, Texas 78746
Tel: (512) 277-2246
Fax: (512) 597-2301
hengelmann@duanemorris.com


Matthew S. Yungwirth
GA State Bar No. 783597
Louis N. Jameson
GA State Bar No. 003970
Jayla C. Grant
GA State Bar No. 312669
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901
msyungwirth@duanemorris.com
wjameson@duanemorris.com
jcgrant@duanemorris.com

*Attorneys for Defendant Cisco Systems, Inc.*

Respectfully submitted,

*/s/ Josh Thane*
Jennifer Haltom Doan
**HALTOM & DOAN**
6500 Summerhill Road
Crown Executive Center Suite 100
Tel: (903) 255-1000
Fax: (900) 255-0800
Jdoan@haltomdoan.com
Matthew S. Yungwirth
GA State Bar No. 783597
Louis N. Jameson
GA State Bar No. 003970
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901
msyungwirth@duanemorris.com
wjameson@duanemorris.com

Tyler Marandola
PA State Bar No. 313585
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000
Fax: (215) 979-1020
tmarandola@duanemorris.com

*Attorneys for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Cobblestone met and conferred with counsel for Defendants regarding the substance of this Motion. Counsel for Defendants indicated that Defendants join in the relief sought in this Motion.

*/s/ Reza Mirzaie*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 22, 2023.

*/s/ Reza Mirzaie*