UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>*Defendants.* | Case No. 2:23-cv-00454 JRG-RSP<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC | Case No. 2:23-cv-00457 JRG-RSP<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED PROTECTIVE ORDER**

Pending before the Court is Plaintiff Cobblestone Wireless, LLC ("Cobblestone") and Defendants Cisco Systems, Inc., Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants") (collectively, the "Parties") Joint Motion for Extension of Time to File Proposed Protective Order. The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

1

2

**IT IS HEREBY ORDERED** that the deadline for filing the proposed protective order is extended to January 11, 2024. All other deadlines shall remain in place absent further leave of Court.