IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-00454-JRG-RSP |
| CISCO SYSTEMS, INC., | § § § | (LEAD CASE) |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff Cobblestone Wireless, LLC and Defendants Cisco Systems, Inc., Hewlett Packard Enterprise Company and Aruba Networks, LLC Joint Motion for Extension of Time to File Proposed Protective Order. (**Dkt. No. 39**.) The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for filing the proposed protective order is extended to January 11, 2024. All other deadlines shall remain in place absent further leave of Court.

**SIGNED this 2nd day of January, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1