# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> CISCO SYSTEMS, INC. <br><br> *Defendants*. | Case No. 2:23-cv-00454 JRG-RSP <br> (LEAD CASE) <br><br> **JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC <br><br> *Plaintiff,* <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC | Case No. 2:23-cv-00457 JRG-RSP <br> (MEMBER CASE) <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF COBBLESTONE WIRELESS, LLC'S NOTICE OF COMPLIANCE**

Plaintiff Cobblestone Wireless, LLC hereby notifies the Court that it has served its Paragraph 1 Initial Disclosures and Paragraph 3 Additional Disclosures on Defendants *via* electronic mail on January 10, 2024.

Dated: January 10, 2023

Respectfully submitted,

*/s/ Jonathan Ma*

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF, COBBLESTONE WIRELESS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of January 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jonathan Ma*
