# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF AGREED E-DISCOVERY ORDER

Plaintiff Cobblestone Wireless, LLC ("Cobblestone" or "Plaintiff") and Defendants Cisco Systems, Inc., Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants") (collectively, the "Parties") jointly move for entry of the Agreed E-Discovery Order attached hereto.

- 2 -

Dated: January 10, 2024

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Amy E. Hayden
CA State Bar No. 287026
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rmirzaie@raklaw.com
mfenster@raklaw.com
nrubin@raklaw.com
cconkle@raklaw.com
ahayden@raklaw.com
jma@raklaw.com
jbuczko@raklaw.com
ptong@raklaw.com
maichele@raklaw.com

*Attorneys for Plaintiff*
*Cobblestone Wireless, LLC*

Respectfully submitted,

*/s/ Holly Engelmann*
Eric H. Findlay
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (900) 534-1137
efindlay@findlaycraft.com

Holly Engelmann
State Bar No. 24040865
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, Texas 78746
Tel: (512) 277-2246
Fax: (512) 597-2301
hengelmann@duanemorris.com


Matthew S. Yungwirth
GA State Bar No. 783597
Louis N. Jameson
GA State Bar No. 003970
Jayla C. Grant
GA State Bar No. 312669
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901
msyungwirth@duanemorris.com
wjameson@duanemorris.com
jcgrant@duanemorris.com

*Attorneys for Defendant Cisco Systems, Inc.*

Respectfully submitted,

 */s/ Joshua R. Thane*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel: (903) 255-1000
Fax: (900) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Tyler Marandola
PA State Bar No. 313585
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000
Fax: (215) 979-1020
tmarandola@duanemorris.com

*Attorneys for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC*

- 5 -

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 10, 2024.

*/s/ Reza Mirzaie*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Reza Mirzaie*