# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, LLC<br><br>Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC'S NOTICE OF COMPLIANCE

Defendants Hewlett Packard Enterprise Company ("HPE") and Aruba Networks, LLC ("Aruba") (collectively, "Defendants") hereby notify the Court that it has served its Paragraph 1 Initial Disclosures and Paragraph 3 Additional Disclosures on Plaintiff via electronic mail on January 10, 2024.

Dated: January 11, 2024

Respectfully submitted,

*/s/* Tyler Marandola
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN

6500 Summerhill Rd., Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
*jdoan@haltomdoan.com*
*jthane@haltomdoan.com*

Matthew S. Yungwirth
*msyungwirth@duanemorris.com*
1075 Peachtree Street NE, Suite 1700
Atlanta, GA  30309
Telephone: 404.253.6900
Facsimile:  404.253.6901

Tyler Marandola (*pro hac vice*)
*tmarandola@duanemorris.com*
30 S. 17th St.
Philadelphia, PA 19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**ATTORNEYS FOR DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2024, the foregoing document was served upon counsel of record for Plaintiff in this case via ECF.

/s/ Tyler Marandola
Tyler Marandola

***ATTORNEY FOR DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC***