**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | |
| Plaintiff, | Case No. 2:23-cv-00454-JRG-RSP |
| v. | |
| CISCO SYSTEMS, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the Austin office location for the law firm Duane Morris LLP has changed to the following:

Duane Morris LLP
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX  78746-7567

Please direct all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation to the new address. The telephone number, facsimile number and email address for the undersigned counsel will remain the same.

Dated: January 29, 2024

Respectfully submitted,

*/s/ Holly Engelmann*
Holly Engelmann
Texas Bar No. 24040865

**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746-7567
Telephone: 214.257.7226
Facsimile: 214.292.9454
Email: HEngelmann@duanemorris.com

**ATTORNEY FOR DEFENDANT
CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will send notification of such filing to all counsel of

record.

*/s/ Holly Engelmann*
Holly Engelmann