IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case) |

**DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES**

Defendant Cisco Systems, Inc. ("Cisco"), provides notice to the Court regarding service of its Invalidity Contentions and corresponding document production, on counsel for Plaintiff Cobblestone Wireless, LLC *via* electronic mail on February 26, 2024.

Dated: February 27, 2024                    Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay
efindlay@findlaycraft.com
State Bar No. 00789886
**FINDLAY CRAFT, P.C.**
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Holly Engelmann
State Bar No. 24040865
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746-7567
Tel: (512) 277-2246
Fax: (512) 597-2301
HEngelmann@duanemorris.com

Louis N. Jameson
GA State Bar No. 003970
Matthew S. Yungwirth
GA State Bar No. 783597
Jayla C. Grant
GA State Bar No. 312669
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901
WJameson@duanemorris.com
msyungwirth@duanemorris.com
JCGrant@duanemorris.com

***ATTORNEY FOR DEFENDANT CISCO SYSTEMS, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 27th day of February, 2024.

*/s/ Eric H. Findlay*
Eric H. Findlay