# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, LLC<br><br>Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case) |

## **DEFENDANTS' NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES**

Defendants Hewlett Packard Enterprise Company ("HPE") and Aruba Networks, LLC, provide notice to the Court regarding service of its Invalidity Contentions and corresponding document production, on counsel for Plaintiff Cobblestone Wireless, LLC *via* electronic mail on February 26, 2024.

Dated: February 27, 2024

Respectfully submitted,

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
GA State Bar No. 783597
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901
MSYungwirth@duanemorris.com

Tyler Marandola
PA State Bar No. 313585
**DUANE MORRIS LLP**
30 South 17 Street
Philadelphia, PA 19103
Tel: (215) 979-1529
Fax: (215) 689-1914
TMarandola@duanemorris.com

Jennifer Haltom Doan
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel: (903) 255-1000
Fax: (903) 255-0800
JDoan@haltomdoan.com

**ATTORNEYS FOR DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 27th day of February, 2024.

*/s/ Matthew Yungwirth*
Matthew Yungwirth
