IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>*Defendant.* | Case No. 2:23-cv-00454 JRG-RSP<br>**(LEAD CASE)**<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC<br><br>*Defendants*. | Case No. 2:23-cv-00457-JRG-RSP<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF INTER PARTES REVIEW PETITION**

Pursuant to the Court's Standing Order Requiring Notice of Relevant Determinations From Related Proceedings, Defendants Cisco Systems, Inc., Hewlett Packard Enterprise Company, and Aruba Networks, LLC ("Defendants") hereby notify the Court that Defendants filed a petition for *inter partes* review against U.S. Patent No. 7,924,802 (the only patent-in-suit in this case) and the proceeding has been accorded a filing date of March 19, 2024 (see Ex. A Notice of Filing Date). Any patent owner preliminary response is therefore due by June 27, 2024, and an institution decision is expected no later than September 27, 2024.

In addition, the following proceedings to which Defendants are not a party are pending and implicate the '802 Patent or related patents:

| Proceeding Name | Proceeding Number and Date Filed | Nature of Proceeding |
|---|---|---|
| *Samsung Elecs. Am., Inc. v. Cobblestone Wireless, LLC* | IPR2024-00606 (Feb. 26, 2024) | IPR challenging claims 1-10, 13-14, 17, 21-25 |
| *Ex Parte Reexamination* filed by Unified Patents LLC | 90/019,458 | *Ex Parte Reexamination* challenging claims 1-15, 17-23 |

Dated: April 2, 2024                              Respectfully submitted,

/s/ Holly Engelmann
Holly Engelmann
State Bar No. 24040865
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746
Tel: (214) 257-7226
Fax: (214) 292-9454
*HEngelmann@duanemorris.com*

Louis N. Jameson
GA State Bar No. 003970
Matthew S. Yungwirth
GA State Bar No. 783597
Jayla C. Grant
GA State Bar No. 312669
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901
*WJameson@duanemorris.com*
*Msyungwirth@duanemorris.com*
*Jcgrant@duanemorris.com*

***ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.***

/s/ Jennifer H. Doan
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Rd., Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
*jdoan@haltomdoan.com*
*jthane@haltomdoan.com*

3

Matthew S. Yungwirth
GA State Bar No. 783597
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA  30309
Telephone: 404.253.6900
Facsimile:  404.253.6901
*msyungwirth@duanemorris.com*

Tyler Marandola
PA State Bar No. 313585
**DUANE MORRIS LLP**
30 S. 17th St.
Philadelphia, PA 19103
Telephone: 215.979.1000
Facsimile: 215.979.1020
*tmarandola@duanemorris.com*

***ATTORNEYS FOR DEFENDANTS
HEWLETT PACKARD ENTERPRISE
COMPANY AND ARUBA NETWORKS, LLC***

## CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that on April 2, 2024 a true and correct copy of the foregoing was electronically mailed to counsel of record.

> /s/ *Holly Engelmann*
> Holly Engelmann