**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>  Plaintiff,<br>v.<br>CISCO SYSTEMS, INC.<br>  Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>  Plaintiff,<br>v.<br>HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC,<br>  Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO STAY
PROCEEDINGS PENDING *INTER PARTES* REVIEW**

Before the Court is Defendants Cisco Systems, Inc., Hewlett Packard Enterprise Company, and Aruba Networks, LLC ("Defendants") Opposed Motion for Stay Proceedings Pending *Inter Partes* Review. The Court finds that Plaintiff Cobblestone Wireless, LLC will not be prejudiced by a stay, the litigation is still in its infancy, and a stay has a substantial likelihood of simplifying the issues in both underlying cases. For these reasons, Defendants' Motion is hereby **GRANTED**.