AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Cobblestone Wireless, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00454 |
| Cisco Systems, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cisco Systems, Inc.

Date: 06/28/2024

/s/ Kyrie Kimber Cameron
*Attorney's signature*

Kyrie Kimber Cameron; Texas Bar No. 24097450
*Printed name and bar number*

24 Greenway Plaza, Suite 1600
Houston, Texas 77046

*Address*

kcameron@pattersonsheridan.com
*E-mail address*

(713) 576-5026
*Telephone number*

(713) 623-4846
*FAX number*