AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Cobblestone Wireless, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00454 |
| Cisco Systems, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cisco Systems, Inc.                                   .

Date:   07/02/2024                                         /s/ Randol Wayne Read
                                                             *Attorney's signature*

                                                   Randol Wayne Read; Texas Bar No. 00798457
                                                        *Printed name and bar number*

                                                          24 Greenway Plaza, Suite 1600
                                                              Houston, Texas 77046

                                                                  *Address*

                                                          rread@pattersonsheridan.com
                                                                *E-mail address*

                                                                (713) 577-4816
                                                              *Telephone number*

                                                                (713) 623-4846
                                                                 *FAX number*