UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF AMENDED DOCKET CONTROL ORDER**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone" or "Plaintiff") and Defendants Cisco Systems, Inc., Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants") (collectively, the "Parties") jointly move for entry of the Amended Docket Control Order attached hereto.

The only requested modification is to the deadline to comply with P.R. 4-3 (Joint Claim Construction Statement), which does not require a showing of good cause.

Dated: August 12, 2024

Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Amy E. Hayden
CA State Bar No. 287026
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong

TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rmirzaie@raklaw.com
mfenster@raklaw.com
nrubin@raklaw.com
cconkle@raklaw.com
ahayden@raklaw.com
jma@raklaw.com
jbuczko@raklaw.com
ptong@raklaw.com
maichele@raklaw.com

*Attorneys for Plaintiff*

*/s/ Matthew Yungwirth*

Randol Wayne Read (TBN 00798457)
rread@pattersonsheridan.com
Kyrie K. Cameron (TBN 24079450)
kcameron@pattersonsheridan.com
Archibald Deleon Cruz (TBN 24137564)
acruz@pattersonsheridan.com
**PATTERSON + SHERIDAN LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
Telephone: (713) 623-4844
Facsimile: (713) 623-4846

Eric H. Findlay (TBN 00789886)
efindlay@findlaycraft.com
**FINDLAY CRAFT, P.C.**
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Holly Engelmann (TBN 24040865)
HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746-7567

Telephone: (512) 277-2246
Facsimile: (512) 597-2301

Louis N. Jameson
WJameson@duanemorris.com
Matthew S. Yungwirth
msyungwirth@duanemorris.com
Jayla C. Grant
jcgrant@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6915
Facsimile: (404) 253-6901
msyungwirth@duanemorris.com
JCGrant@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*

Matthew S. Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6915
Facsimile: (404) 253-6901
Tyler Marandola
TMarandola@duanemorris.com
**DUANE MORRIS LLP**
30 South 17 Street
Philadelphia, PA 19103
Telephone: (215) 979-1529
Facsimile: (215) 689-1914

Jennifer Haltom Doan
JDoan@haltomdoan.com
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

*Counsel for Defendants Hewlett Packard Enterprise Company and Aruba Networks, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 12, 2024.

<em>/s/ Reza Mirzaie</em>

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

<em>/s/ Reza Mirzaie</em>