IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>  v.<br><br>CISCO SYSTEMS, INC.<br><br>    Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>  v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC,<br><br>    Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

## UPDATED NOTICE OF *INTER PARTES* REVIEW PETITION

Pursuant to the Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, Defendants Cisco Systems, Inc., Hewlett Packard Enterprise Company, and Aruba Networks, LLC ("Defendants") hereby update the Notice of *Inter Partes* Review Petition filed on April 2, 2024 at Dkt. No. 51. On September 10, 2024, Samsung Electronics America, Inc.'s and Samsung Electronics Co., Ltd.'s Petition requesting an *inter partes* review of claims 1-4, 6-10, 13-14, 17, and 21-25 (the "challenged claims") of U.S. Patent No. 7,924,802 was granted by the USPTO and an *inter partes* review on all grounds was instituted. *See* Ex. A.

In addition, the status of pending proceedings that implicate the '802 Patent is as follows:

| Proceeding | Number and Date Filed | Nature | Status |
|---|---|---|---|
| *Samsung Elecs. Am., Inc.* | IPR2024-00606 | IPR challenging claims | Institution granted |

| | | | |
|---|---|---|---|
| *v. Cobblestone Wireless, LLC* | (Feb. 26, 2024) | 1-10, 13-14, 17, 21-25 | on September 10, 2024. |
| *Ex Parte Reexamination* filed by Unified Patents LLC | 90/019,458 (Mar. 27, 2024) | *Ex Parte Reexamination* challenging claims 1-15, 17-23 | Reexamination granted on June 13, 2024 |
| *Hewlett Packard Enterprise Company et al. v. Cobblestone Wireless* | IPR2024-00707 (Mar. 19, 2024) | IPR challenging claims 1-9 | Institution decision anticipated on or before September 27, 2024 |
| *Cellco Partnership d/b/a Verizon Wireless et al. v. Cobblestone Wireless, LLC* | IPR2024-00946 (Jun. 28, 2024) | IPR challenging claims 1-4, 6-10, 13-14, 17, 21- 25 | Institution decision anticipated on or before December 28, 2024 |
| *Qualcomm Incorporated v. Cobblestone Wireless, LLC* | IPR2024-01336 (Aug. 28, 2024) | IPR challenging claims 1-4, 6-10, 13-14, 17, 21- 25 | Institution decision anticipated on or before February 28, 2025 |

Dated:  September 12, 2024 		Respectfully submitted,

<div style="margin-left: 40%;">

<u>/s/ *Holly Engelmann*</u>
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone:  903.934.8450
Facsimile:  903.934.9257

Louis N. Jameson
GA State Bar No. 003970
wjameson@duanemorris.com
Matthew S. Yungwirth
GA State Bar No. 783597
msyungwirth@duanemorris.com
Jayla C. Grant
GA State Bar No. 312669
jcgrant@duanemorris.com
Glenn D. Richeson
GA State Bar No. 339261
gdricheson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404)-253-6910

</div>

Holly E. Engelmann
Texas Bar No. 24040865
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746-7567
Telephone: (214) 257-7226

Randol Wayne Read
Texas Bar No. 00798457
rread@pattersonsheridan.com
Kyrie K. Cameron
Texas Bar No. 24079450
kcameron@pattersonsheridan.com
Archibald Deleon Cruz
Texas Bar No. 24137564
acruz@pattersonsheridan.com
**PATTERSON + SHERIDAN LLP**
24 Greenway Plaza
Suite 1600
Houston, Texas 77046
Telephone: (713) 623-4844
Facsimile: (713) 623-4846

*Counsel for Defendant Cisco Systems, Inc.*

*/s/ Tyler Marandola*
Jennifer H. Doan
Texas Bar No. 08809050
jdoan@haltomdoan.com
Joshua R. Thane
Texas Bar No. 24060713
jthane@haltomdoan.com
**HALTOM & DOAN**
6500 Summerhill Rd., Suite 100
Texarkana, TX 75503
Telephone:  903.255.1000
Facsimile:  903.934.9257

Matthew S. Yungwirth
GA State Bar No. 783597
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404)-253-6910

Tyler Marandola
PA State Bar No. 313585
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

*Counsel for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 12, 2024 a true and correct copy of the foregoing was served on all counsel of record via ECF.

/s/ *Holly Engelmann*
Holly Engelmann