# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>*Defendants.* | Case No. 2:23-cv-00454 JRG-RSP<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC | Case No. 2:23-cv-00457 JRG-RSP<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF COBBLESTONE WIRELESS, LLC'S NOTICE OF RELEVANT DETERMINATIONS FROM RELATED PROCEEDINGS RELATED TO PENDING MOTION TO STAY (DKT. NO. 52)**

Pursuant to the Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, Plaintiff Cobblestone Wireless, LLC hereby notifies the Court of the following:

- *Samsung Elecs. Am., Inc. v. Cobblestone Wireless, LLC*, IPR2024-00606: A Joint Motion to Stay all Deadlines pending a settlement agreement has been filed in the related district court action, *Cobblestone Wireless, LLC v. Samsung Electronics Co., Ltd.*, Case No. 2:23-cv-285-JRG-RSP, and the court ordered the case stayed through October 8, 2024, pending submission of dismissal papers. *See* Dkt. Nos.

67, 69; and

- *Cellco Partnership d/b/a Verizon Wireless et al. v. Cobblestone Wireless, LLC*, IPR2024-01336: A Joint Motion to Stay All Deadlines and Notice of Resolution has been filed in the related district court action, *Cobblestone Wireless, LLC v. Cellco Partnership d/b/a Verizon Wireless*, Case No. 2:23-cv-382-JRG-RSP, and the court ordered the case stayed through October 8, 2024, pending submission of dismissal papers. *See* Dkt. Nos. 102, 104.

Dated: September 30, 2024

Respectfully submitted,

*/s/ Reza Mirzaie*

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 30th day of September 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Reza Mirzaie*