UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, LLC<br><br>Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR HEARING ON DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING *INTER PARTES* REVIEW AND *EX PARTE* REEXAMINATION**

Defendants Cisco Systems, Inc., Hewlett Packard Enterprise Company, and Aruba Networks, LLC (collectively, "Defendants") respectfully request a hearing on their Motion to Stay Proceedings Pending *Inter Partes* Review and *Ex Parte* Reexamination ("Motion to Stay"). Dkt. No. 52. Counsel for Defendants conferred with Counsel for Plaintiff. Plaintiff does not believe a hearing on Defendants' Motion to Stay is necessary, but defers to the Court.

Defendants' Motion to Stay is fully briefed and ripe for hearing. Dkt. Nos. 52 and 56-58. Further, on September 24, 2024, the United States Patent and Trademark Office ("USPTO") granted *inter partes* review of U.S. Patent No. 7,924,802 (the "'802 Patent") – the only patent-in-

**MOTION FOR HEARING ON DEFENDANTS' MOTION TO STAY – Page 1**

suit in this case – on all grounds requested by Defendants. Dkt. No. 63. Also, on September 10, 2024, Samsung Electronics America, Inc.'s ("Samsung") petition requesting *inter partes* review of claims 1-10, 13-14, 17, 21-25 of the '802 Patent was granted by the USPTO and all grounds were instituted. *Id.* Lastly, the USPTO also granted an *ex parte* reexamination filed by Unified Patents LLC, challenging claims 1-15 and 17-23 of the '802 Patent on June 13, 2024. *Id*.

A hearing will allow the parties to address by oral argument any issue necessary for the Court to determine whether this matter should be stayed awaiting the results of *inter partes* review and *ex parte* reexamination involving the only patent-in-suit in this case and prevent the parties from potentially incurring significant litigation costs on issues that may be resolved following such reviews and examination.

For all these reasons, Defendants respectfully request a hearing on their Motion to Stay.

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
jdoan@haltomdoan.com
Joshua R. Thane
Texas Bar No. 24060713
jthane@haltomdoan.com
**HALTOM & DOAN**
6500 Summerhill Rd., Suite 100
Texarkana, TX 75503
Telephone: 903.255.1000
Facsimile: 903.934.9257

Matthew S. Yungwirth
GA State Bar No. 783597
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404)-253-6910

Tyler Marandola
PA State Bar No. 313585
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

*Counsel for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC*

/s/ *Kyrie K. Cameron*
Kyrie K. Cameron (TBN 24079450)
kcameron@pattersonsheridan.com
Randol Wayne Read (TBN 00798457)
rread@pattersonsheridan.com
Archibald Deleon Cruz (TBN 24137564)
acruz@pattersonsheridan.com
**PATTERSON + SHERIDAN LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
Telephone: (713) 623-4844
Facsimile: (713) 623-4846

Eric H. Findlay (TBN 00789886)
efindlay@findlaycraft.com
**FINDLAY CRAFT, P.C.**
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Holly Engelmann (TBN 24040865)
HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746-7567
Telephone: (512) 277-2246
Facsimile: (512) 597-2301

Louis N. Jameson
WJameson@duanemorris.com
Matthew S. Yungwirth
msyungwirth@duanemorris.com
Jayla C. Grant
jcgrant@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6915
Facsimile: (404) 253-6901
msyungwirth@duanemorris.com
JCGrant@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*

**MOTION FOR HEARING ON DEFENDANTS' MOTION TO STAY – Page 4**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on October 16, 2024.

/s/ Kyrie K. Cameron
Kyrie K. Cameron

## CERTIFICATE OF CONFERENCE

The undersigned certifies that pursuant to Local Rule CV-7(h), counsel for Defendants met with counsel for Plaintiff on October 15, 2024.

/s/ Kyrie K. Cameron
Kyrie K. Cameron