**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC.<br><br>　　　　Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, LLC<br><br>　　　　Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR HEARING ON DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING *INTER PARTES* REVIEW AND *EX PARTE* REEXAMINATION

Upon consideration of Defendants Cisco Systems, Inc., Hewlett Packard Enterprise Company, and Aruba Networks, LLC's (collectively, "Defendants") unopposed request for a hearing on their Motion to Stay Proceedings Pending *Inter Partes* Review and *Ex Parte* Reexamination. Dkt. No. 52, it is hereby:

ORDERED that a hearing on Defendants' Motion to Stay will be scheduled at a time to be determined by the Court, where the Parties shall present oral argument on the issue whether the

proceedings should be stayed pending the outcome of *Inter Partes* Review and *Ex Parte* Reexamination of U.S. Patent No. 7,924,802.