# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>      Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.<br><br>      Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>      Plaintiff,<br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC,<br><br>      Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

### THIRD UPDATED NOTICE OF RELEVANT DETEREMINATIONS FROM RELATED PROCEEDINGS RELATED TO PENDING MOTION TO STAY (DKT. NO. 52)

Pursuant to the Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, Defendants Cisco Systems, Inc., Hewlett Packard Enterprise Company, and Aruba Networks, LLC ("Defendants") hereby update the Second Updated Notice of *Inter Partes* Review Petition filed on September 25, 2024 at Dkt. No. 63.

On October 23, 2024, the USPTO issued a Non-Final Office Action in the *Ex Parte* Reexamination of U.S. Patent No. 7,924,802 in which the Examiner rejected all of the claims asserted in the pending litigation under 35 U.S.C. § 102 and/or 35 U.S.C. § 103. *See* Ex. A.

In summary, the current status of pending proceedings that implicate the '802 Patent is as follows:

| Proceeding | Number and Date Filed | Nature | Status |
|---|---|---|---|
| *Samsung Elecs. Am., Inc. v. Cobblestone Wireless, LLC* | IPR2024-00606 (Feb. 26, 2024) | IPR challenging claims 1-10, 13-14, 17, 21-25 | Institution granted on September 10, 2024 |
| *Ex Parte Reexamination* filed by Unified Patents LLC | 90/019,458 (Mar. 27, 2024) | *Ex Parte Reexamination* challenging claims 1-15, 17-23 | Reexamination granted on June 13, 2024; First Non-Final Office Action issued October 23, 2024 - rejecting all relevant claims |
| *Hewlett Packard Enterprise Company et al. v. Cobblestone Wireless* | IPR2024-00707 (Mar. 19, 2024) | IPR challenging claims 1-9 | Institution granted on September 24, 2024 |
| *Cellco Partnership d/b/a Verizon Wireless et al. v. Cobblestone Wireless, LLC* | IPR2024-00946 (Jun. 28, 2024) | IPR challenging claims 1-4, 6-10, 13-14, 17, 21- 25 | Institution decision anticipated on or before December 28, 2024 |
| *Qualcomm Incorporated v. Cobblestone Wireless, LLC* | IPR2024-01336 (Aug. 28, 2024) | IPR challenging claims 1-4, 6-10, 13-14, 17, 21- 25 | Institution decision anticipated on or before February 28, 2025 |

Dated: October 30, 2024　　　　　　　　　Respectfully submitted,

/s/ *Kyrie K. Cameron*
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

Louis N. Jameson
GA State Bar No. 003970
wjameson@duanemorris.com
Matthew S. Yungwirth
GA State Bar No. 783597
msyungwirth@duanemorris.com
Jayla C. Grant
GA State Bar No. 312669
jcgrant@duanemorris.com
Glenn D. Richeson
GA State Bar No. 339261
gdricheson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404)-253-6910

        Holly E. Engelmann
        Texas Bar No. 24040865
        hengelmann@duanemorris.com
        **DUANE MORRIS LLP**
        Terrace 7
        2801 Via Fortuna, Suite 200
        Austin, Texas 78746-7567
        Telephone: (214) 257-7226

        Randol Wayne Read
        Texas Bar No. 00798457
        rread@pattersonsheridan.com
        Kyrie K. Cameron
        Texas Bar No. 24079450
        kcameron@pattersonsheridan.com
        Archibald Deleon Cruz
        Texas Bar No. 24137564
        acruz@pattersonsheridan.com
        **PATTERSON + SHERIDAN LLP**
        24 Greenway Plaza
        Suite 1600
        Houston, Texas 77046
        Telephone: (713) 623-4844
        Facsimile: (713) 623-4846

        *Counsel for Defendant Cisco Systems, Inc.*

<div style="margin-left:40%">

*/s/ Matthew S. Yungwirth*
Jennifer H. Doan
Texas Bar No. 08809050
jdoan@haltomdoan.com
Joshua R. Thane
Texas Bar No. 24060713
jthane@haltomdoan.com
**HALTOM & DOAN**
6500 Summerhill Rd., Suite 100
Texarkana, TX 75503
Telephone:  903.255.1000
Facsimile:  903.934.9257

Matthew S. Yungwirth
GA State Bar No. 783597
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404)-253-6910

Tyler Marandola
PA State Bar No. 313585
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

*Counsel for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC*

</div>

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on October 30, 2024 a true and correct copy of the foregoing was served on all counsel of record via ECF.

<div align="right">

/s/ *Kyrie K. Cameron*
Kyrie K. Cameron

</div>