IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> *Defendant.* | § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00454-JRG-RSP <br> (Lead Case) |
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC, <br><br> *Defendants.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00457-JRG-RSP <br> (Member Case) |

**ORDER**

On March 19, 2024, Defendants CISCO SYSTEMS, INC. and HEWLETT PACKARD ENTERPRISE COMPANY filed an *Inter Partes* Review with the United States Patent and Trademark Office. IPR 2024-00707. Defendant ARUBA NETWORKS, LLC is not listed as a party in interest on that *Inter Partes* Review. *Id.*

It is hereby **ORDERED** that ARUBA NETWORKS, LLC file a notice with the Court stating whether it agrees to be estopped in any further proceedings in this Court to the same extent as the parties to the IPR under 35 U.S.C. § 315..

**SIGNED this 8th day of November, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE