# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC,<br><br>Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case) |

## ARUBA NETWORKS, LLC'S RESPONSE TO NOVEMBER 8, 2024 ORDER OF THE COURT

Pursuant to Judge Payne's Order of November 8, 2024 (Dkt. No. 71), Aruba Networks, LLC ("Aruba Networks") hereby responds that it is a subsidiary of Hewlett Packard Enterprise Company ("HPE"), and agrees to be estopped in any further proceedings in this Court in the same manner as HPE relating to the petition for *Inter Partes* Review filed by HPE and Cisco Systems, Inc. with the U.S. Patent and Trademark Office in IPR 2024-00707.

Dated: November 12, 2024

Respectfully submitted,

/s/*Matthew S. Yungwirth*
Louis N. Jameson
wjameson@duanemorris.com
Matthew S. Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**

1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404)-253-6900

Melissa Richards Smith (TBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone:  903.934.8450
Facsimile:  903.934.9257

Jennifer H. Doan (TBN 08809050)
jdoan@haltomdoan.com
Joshua R. Thane (TBN 24060713)
jthane@haltomdoan.com
**HALTOM & DOAN**
6500 Summerhill Rd., Suite 100
Texarkana, TX 75503
Telephone:  903.255.1000
Facsimile:  903.934.9257

Tyler Marandola
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Holly E. Engelmann
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
Terrace 7, 2801 Via Fortuna
Suite 200
Austin, TX 78746-7567
Telephone:  214-257-7226

*Counsel for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC*

2

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on November 12, 2024, a true and correct copy of the foregoing was served on all counsel of record via ECF.

/s/*Matthew S. Yungwirth*
Matthew S. Yungwirth