# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>　　　　　Plaintiff,<br>　v.<br>CISCO SYSTEMS, INC.,<br>　　　　　Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>　　　　　Plaintiff,<br>　v.<br>HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC,<br>　　　　　Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to P.R. 4-5(d) and the Docket Control Order (Dkt. 37), Plaintiff Cobblestone Wireless, LLC ("Cobblestone"), Defendants Cisco Systems, Inc. ("Cisco"), Hewlett Packard Enterprise Company ("HP"), and Aruba Networks, LLC ("Aruba") (collectively, the "Parties") respectfully submit this Joint Claim Construction Chart containing the disputed claim terms, phrases, or clauses of U.S. Patent No. 7,924,802 (the "802 patent")  (the "Patent-in-suit" or "Asserted Patent"). A chart identifying the parties' disputed constructions is attached hereto as Exhibit A. It lists the complete language of claims, with terms in bold type and separate columns for each party's proposed construction, pursuant to P.R. 4-5(d)(1).

Dated: November 12, 2024                                   Respectfully submitted,

| /s/ Christian W. Conkle | /s/ Kyrie K. Cameron | /s/ Matthew S. Yungwirth |
|---|---|---|
| *Counsel for Plaintiff Cobblestone Wireless, LLC* | *Counsel for Defendant Cisco Systems, Inc.* | *Counsel for Hewlett Packard Enterprise Company and Aruba Networks, LLC* |
| Marc Fenster<br>CA State Bar No. 181067<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Amy E. Hayden<br>CA State Bar No. 287026<br>James Pickens<br>CA State Bar No. 307474<br>Christian W. Conkle<br>CA State Bar No. 306374<br>Jonathan Ma<br>CA State Bar No. 312773<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Blvd. 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474<br>rak_cobblestone@raklaw.com<br><br>Andrea Fair<br>**WARD SMITH & HILL, PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>(903) 757-6400<br>andrea@wsfirm.com | Randol Wayne Read<br>(TBN 00798457)<br>rread@pattersonsheridan.com<br>Kyrie K. Cameron<br>(TBN 24079450)<br>kcameron@pattersonsheridan.com<br>Archibald Deleon Cruz<br>(TBN 24137564)<br>acruz@pattersonsheridan.com<br>**PATTERSON + SHERIDAN LLP**<br>24 Greenway Plaza, Suite 1600<br>Houston, Texas 77046<br>Telephone: (713) 623-4844<br>Facsimile: (713) 623-4846<br><br>Eric H. Findlay (TBN 00789886)<br>efindlay@findlaycraft.com<br>**FINDLAY CRAFT, P.C.**<br>7270 Crosswater Avenue, Suite B<br>Tyler, Texas 75703<br>Telephone: (903) 534-1100<br>Facsimile: (903) 534-1137<br><br>Holly Engelmann (TBN 24040865)<br>HEngelmann@duanemorris.com<br>**DUANE MORRIS LLP**<br>Terrace 7<br>2801 Via Fortuna, Suite 200 | Matthew S. Yungwirth<br>msyungwirth@duanemorris.com<br>**DUANE MORRIS LLP**<br>1075 Peachtree Street NE, Suite 1700<br>Atlanta, GA 30309<br>Telephone: (404) 253-6915<br>Facsimile: (404) 253-6901<br>Tyler Marandola<br>TMarandola@duanemorris.com<br>**DUANE MORRIS LLP**<br>30 South 17 Street<br>Philadelphia, PA 19103<br>Telephone: (215) 979-1529<br>Facsimile: (215) 689-1914<br><br>Jennifer Haltom Doan<br>JDoan@haltomdoan.com<br>**HALTOM & DOAN**<br>6500 Summerhill Road, Suite 100<br>Texarkana, TX 75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800 |

        Austin, Texas 78746-7567
        Telephone: (512) 277-2246
        Facsimile: (512) 597-2301

        Louis N. Jameson
        WJameson@duanemorris.com
        Matthew S. Yungwirth
        msyungwirth@duanemorris.com
        Jayla C. Grant
        jcgrant@duanemorris.com
        **DUANE MORRIS LLP**
        1075 Peachtree Street NE, Suite 1700
        Atlanta, GA 30309
        Telephone: (404) 253-6915
        Facsimile: (404) 253-6901
        msyungwirth@duanemorris.com
        JCGrant@duanemorris.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3). As such, this document was served on all counsel who have consented to electronic service via the Court's CM/ECF system, on this 12th day of November 2024.

                                  */s/ Kyrie K. Cameron*
                                  Kyrie K. Cameron