**EXHIBIT A TO JOINT CLAIM CONSTRUCTION CHART**

| Asserted Claim of U.S. Patent No. 7,924,802 | Term | Cobblestone's Proposed Construction | Cisco, HP, and Aruba's Joint Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1. A method of transmitting information in a wireless communication channel comprising: transmitting first information across a first frequency range using a wireless transmitter, the first frequency range having a **first center frequency**, a first highest frequency, and a first lowest frequency; and simultaneously transmitting second information across a second frequency range using the same wireless transmitter, the second frequency range having a **second center frequency** greater than the first center frequency, a second highest frequency, and a second lowest frequency. | "first center frequency / second center frequency" (claim 1) | The frequency of the carrier that the baseband signal is upconverted to | Plain and ordinary meaning | |