# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Cobblestone Wireless, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00454 |
| Cobblestone Wireless, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cobblestone Wireless, LLC.

Date: 11/25/2024

/s/ Charles Everingham IV
*Attorney's signature*

Charles Everingham IV; Texas Bar No. 00787447
*Printed name and bar number*

1507 Bill Owens Parkway
Longview, Texas 75604

*Address*

chad@millerfairhenry.com
*E-mail address*

(903) 757-6400
*Telephone number*

(903) 757-2323
*FAX number*