# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC | § | |
| | § | |
| v. | § | Case No. 2:23-CV-0454-JRG-RSP |
| | § | |
| CISCO SYSTEMS, INC. | § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
November 26, 2024

**OPEN:** 9:02 am                                      **ADJOURN:** 9:43 am

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Chad Everingham |
| ATTORNEY FOR DEFENDANTS: | Matt Yungwirth |
| | Kyrie Cameron |
| | Jennifer Doan |
| | Eric Findlay |
| TECHNICAL ADVISOR: | Mike Paul |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Pam Crenshaw |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Chad Everingham introduced himself and announced ready.  Jennifer Doan and Eric Findlay introduced co-counsel and announced ready.

The Court heard argument on a term by term basis.  Chad Everingham presented argument on behalf of Plaintiff.  Matt Yungwirth presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.