# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, *Plaintiff,* v. CISCO SYSTEMS, INC. *Defendant.* | Case No. 2:23-cv-00454 JRG-RSP **(LEAD CASE)** **JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC, v. HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC *Defendants.* | Case No. 2:23-cv-00457-JRG-RSP (MEMBER CASE) **JURY TRIAL DEMANDED** |

## PLAINTIFF COBBLESTONE'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY OF RECORD AMY E. HAYDEN

Plaintiff Cobblestone Wireless, LLC files this Unopposed Motion to Withdraw Attorney of Record Amy E. Hayden. Cobblestone requests that the Court permit Ms. Hayden to withdraw as attorney of record in this matter and to terminate her receipt of electronic notices. Defendants do not oppose this motion, and Cobblestone has consented to Ms. Hayden's withdrawal. Cobblestone will remain fully represented by its remaining counsel of record.

Dated: February 20, 2025

Respectfully submitted,

*/s/ Amy E. Hayden*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Amy E. Hayden
CA State Bar No. 287026
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rmirzaie@raklaw.com
mfenster@raklaw.com
nrubin@raklaw.com
cconkle@raklaw.com
ahayden@raklaw.com
jma@raklaw.com
jbuczko@raklaw.com
ptong@raklaw.com
maichele@raklaw.com

Andrea L. Fair
Charles Everingham, IV
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com
chad@millerfairhenry.com

*Attorneys for Plaintiff
Cobblestone Wireless, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of February 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Amy E. Hayden*
Amy E. Hayden

**CERTIFICATE OF CONFERENCE OF COUNSEL**

I hereby certify that counsel of record for Cobblestone and Defendants have met and conferred in compliance with Local Rule CV-7(h). Defendants do not oppose this motion.

/s/ *Amy E. Hayden*
Amy Hayden