# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, *Plaintiff*, v. CISCO SYSTEMS, INC. *Defendant*. | Case No. 2:23-cv-00454 JRG-RSP **(LEAD CASE)** **JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC, v. HEWLETT PACKARD ENTERPRISE COMPANY; ARUBA NETWORKS, LLC *Defendants*. | Case No. 2:23-cv-00457-JRG-RSP (MEMBER CASE) **JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF COBBLESTONE'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY OF RECORD AMY E. HAYDEN

Before the Court is Plaintiff Cobblestone Wireless, LLC's Unopposed Motion to Withdraw Attorney of Record. Having considered the matter, the Court GRANTS the motion and orders that Amy E. Hayden is withdrawn as one of Cobblestone's attorneys of record and that her receipt of electronic notices be terminated.