# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:23-cv-00454-JRG-RSP |
| | § | (Lead Case) |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |

# ORDER

Before the Court is the Unopposed Motion to Withdraw as Attorney for Plaintiff by Amy Hayden. **Dkt. No. 83**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Amy Hayden is hereby withdrawn as counsel of record for Plaintiff and terminated from electronic notifications in connection with the above-captioned matter.

**SIGNED this 21st day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE