# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>        Plaintiff,<br><br>   v.<br><br>CISCO SYSTEMS, INC.<br><br>        Defendant. | Case No. 2:23-cv-00454-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC<br><br>        Plaintiff,<br><br>   v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, LLC<br><br>        Defendants. | Case No. 2:23-cv-00457-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF CHANGE OF FIRM ADDRESS**

Jennifer H. Doan and Joshua R. Thane of the law firm HALTOM & DOAN, attorneys of record for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC, notify the Court and all parties of record of their change of firm address. The firm will retain the same phone number, email address and web address, which are set forth in the signature block below:

HALTOM & DOAN
2900 St. Michael Drive, Suite 500
Texarkana, TX 75503
Telephone: (903) 255-1000
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com
www.haltomdoan.com

**NOTICE OF CHANGE OF FIRM ADDRESS** – Page 1

Separately, HALTOM & DOAN has updated its new address in the CM/ECF notification system of this Court.

                                                       Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
2900 St. Michael Drive, Suite 500
Texarkana, TX 75503
Telephone: (903) 255-1000
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

**COUNSEL FOR DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on March 7, 2025.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

**NOTICE OF CHANGE OF FIRM ADDRESS** – Page 2