# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC | § § | |
| v. | § § | CASE NO. 2:23-cv-00454-JRG-RSP |
| CISCO SYSTEMS, INC. | § § | (Lead Case) |
| | | |
| COBBLESTONE WIRELESS, LLC | § § | |
| v. | § § § | CASE NO. 2:23-cv-00457-JRG-RSP |
| HEWLETT PACKARD ENTERPRISE COMPANY, et al | § § § | (Member Case) |

## ORDER

The undersigned hereby recuses himself with regard to the above entitled and numbered civil actions.

**So ORDERED and SIGNED this 15th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE