IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>*Defendant.* | Case No.  2:23-cv-00454-JRG-RSP<br><br>**(Lead Case)**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Cobblestone Wireless LLC ("Plaintiff") and Defendant Cisco Systems Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant.

NOW, THEREFOR, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims or defenses against Plaintiff without prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| Dated:  May 30, 2025 | Respectfully submitted, |
| By: */s/ Kyrie Cameron*<br>Kyrie Cameron<br>**PATTERSON + SHERIDAN LLP**<br>24 Greenway Plaza, Suite 1600<br>Houston, TX 77046<br>Main:     713.623.4844 Ext 2183<br>Direct:   713.576.5026<br>Fax:       713.623.4846<br>Email: KCameron@pattersonsheridan.com<br><br>*Counsel for Defendant* | By: */s/ Reza Mirzaie*<br>**RUSS AUGUST & KABAT**<br>Reza Mirzaie, SBN 246953<br>Email: rmirzaie@raklaw.com<br>Marc A. Fenster, SBN 181067<br>Email: mfenster@raklaw.com<br>Neil A. Rubin, SBN 250761<br>Email: nrubin@raklaw.com<br>Christian W. Conkle, SBN 306374<br>Email: cconkle@raklaw.com<br>Jonathan Ma, SBN 312773<br>Email: jma@raklaw.com |

1

| | |
|---|---|
| Cisco Systems, Inc. | 12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991 |
| | Qi (Peter) Tong<br>TX SBN 24119042<br>Email: ptong@raklaw.com |
| | 4925 Greenville Avenue, Suite 200<br>Dallas, TX 75206<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991 |

*Attorneys for Plaintiff Cobblestone Wireless LLC*

## CERTIFICATE OF SERVICE

I certify that on May 30, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

/s/ Reza Mirzaie

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff conferred with counsel for Defendants regarding the subject of this filing, and these contents are agreed.

/s/ Reza Mirzaie