IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, LLC,<br><br>*Defendants*. | Case No. 2:23-cv-00457-JRG-RSP<br>**(Member Case)**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Cobblestone Wireless LLC ("Plaintiff") and Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants") have resolved Plaintiff's claims for relief against Defendants.

NOW, THEREFOR, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims or defenses against Plaintiff without prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: May 30, 2025                                Respectfully submitted,

By: */s/ Tyler Marandola*

Tyler Marandola PA State Bar No. 313585
**DUANE MORRIS LLP**
30 S. 17th Street Philadelphia, PA 19103
Tel: (215) 979-1000
Fax: (215) 979-1020
Email: tmarandola@duanemorris.com

Jennifer H. Doan
Texas Bar No. 08809050

By: */s/ Reza Mirzaie*

**RUSS AUGUST & KABAT**
Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374

1

Matthew S. Yungwirth
Louis N. Jameson
GA State Bar No. 003970
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700 Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901
Email: WJameson@duanemorris.com
Email: msyungwirth@duanemorris.com

*Counsel for Defendants*
Hewlett Packard Enterprise Company and Aruba Networks, LLC

Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com

12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
TX SBN 24119042
Email: ptong@raklaw.com

4925 Greenville Avenue, Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Cobblestone Wireless LLC*

## CERTIFICATE OF SERVICE

I certify that on May 30, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

/s/ Reza Mirzaie

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff conferred with counsel for Defendants regarding the subject of this filing, and these contents are agreed.

/s/ Reza Mirzaie