IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:23-CV-00454-RWS-RSP |
| CISCO SYSTEMS, INC., | § § § | (LEAD CASE) |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Cobblestone Wireless LLC ("Plaintiff") and Cisco Systems, Inc. ("Defendant"). (Dkt. No. 87.) In the Motion, the parties represent that the above-captioned lead case has been resolved and request dismissal of Plaintiff's claims for relief against Defendant WITH PREJUDICE, and dismissal of Deffendant's claims or defenses against Plaintiff WITHOUT PREJUDICE. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims asserted by Plaintiff against Defendant in the above-captioned lead case are **DISMISSED WITH PREJUDICE**, and all claims and defenses asserted by Defendant against Plaintiff in the above-captioned lead case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned lead case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTIAN AS OPEN** the above-captioned lead case as other parties or claims remain.

**SIGNED this 31st day of May, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE