# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:23-CV-00454-RWS-RSP (Lead Case) |
| v. | § § § | |
| CISCO SYSTEMS INC., | § § | |
| *Defendant*. | § § | |
| COBBLESTONE WIRELESS LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:23-CV-00457-RWS-RSP (Member Case) |
| v. | § § § | |
| HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC, | § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Cobblestone Wireless LLC ("Plaintiff") and Hewlett Packard Enterprise Company and Aruba Networks ("Defendants"). (Dkt. No. 88.) In the Motion, the parties represent that the above-captioned member case has been resolved and request dismissal of Plaintiff's claims for relief against Defendants WITH PREJUDICE, and dismissal of Defendants' claims or defenses against Plaintiff WITHOUT PREJUDICE. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims asserted by Plaintiff against Defendants in the above-captioned member

case are **DISMISSED WITH PREJUDICE**, and all claims and defenses asserted by Defendants against Plaintiff in the above-captioned member case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned member case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned lead case as no other parties or claims remain.

**SIGNED this 31st day of May, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE